JENNIFER L. PITTS, Administratrix of the Estate of FELICIA HOPE LYNCH v. NASH DAY HOSPITAL, INC., ENGLEWOOD OB-GYN ASSOCIATES, P.A., TOMMY R. HARRIS, AND MOSES E. WILSON

No. 22A05

(Filed 1 July 2005)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 167 N.C. App. 194, 605 S.E.2d 154 (2004), reversing an order allowing defendants' motion for directed verdict entered on 19 December 2002 by Judge Milton F. Fitch, Jr. in Superior Court, Nash County. Heard in the Supreme Court 17 May 2005.

*Rountree & Boyette LLP, by Charles S. Rountree, for plaintiff-appellee.*

*Yates, McLamb & Weyher, L.L.P., by Barry S. Cobb and James T. Newman, Jr., for defendant-appellants Harris, Wilson, and Englewood OB-GYN Associates, P.A.*

*Roberts & Stevens, P.A., by James W. Williams and Anne W. Ford, for North Carolina Association of Defense Attorneys, amicus curiae.*

*Faison & Gillespie, by Mark R. McGrath, for North Carolina Academy of Trial Lawyers, amicus curiae.*

PER CURIAM.

AFFIRMED.